AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Florida

REC'D by _____ D.C.
APR 14 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

United States of America )
v. )
TONYA ADDISON )  Case No: 00-00079 cr
) USM No: 61545-004
Date of Previous Judgment: _____ ) Pro Se
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[✓] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
Defendant was sentenced to a minimum mandatory sentence required by statute. Therefore, Amendment 706 does not apply in this case.

Except as provided above, all provisions of the judgment date _____ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 4/14/08

Judge's signature

Effective Date: _____
(if different from order date)

Donald M. Middlebrooks, U.S.D.J.
Printed name and title